IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Shwaga, Brian D

Printed: 11/04/08

Case Number: 08 B 15159
Judge: Squires, John H
Filed: 6/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cavalry Portfolio Services | Unsecured | 577.18 | 0.00 |
| 2. | ECast Settlement Corp | Unsecured | 6,682.43 | 0.00 |
| 3. | United States Dept Of Education | Unsecured | 974.73 | 0.00 |
| 4. | Duke Energy Shared Services Inc | Unsecured | 365.17 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 1,030.21 | 0.00 |
| 6. | Dell Financial Services, Inc | Unsecured | 1,197.19 | 0.00 |
| 7. | American Express | Unsecured |  | No Claim Filed |
| 8. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 9. | TRS Services | Unsecured |  | No Claim Filed |
| 10. | GMAC Auto Financing | Unsecured |  | No Claim Filed |
| 11. | HSBC | Unsecured |  | No Claim Filed |
| 12. | Lei Financial Services | Unsecured |  | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | Verizon North | Unsecured |  | No Claim Filed |
| | | | $ 10,826.91 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Shwaga, Brian D

Printed: 11/04/08

Case Number:  08 B 15159
Judge:  Squires, John H
Filed:  6/13/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

